[No. 32967-4-III.  Division Three.  February 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHERY JOHN SCHERBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 14-1-50542-5, Carrie L. Runge, J., entered December 16, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, A.C.J., and Korsmo, J.

[No. 33030-3-III.  Division Three.  February 2, 2016.]

*In the Matter of the Personal Restraint of* WILLIAM E. KEISLING, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Korsmo, J., concurred in by Fearing, A.C.J., and Lawrence-Berrey, J.

[No. 71748-1-I.  Division One.  February 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12516-1, Regina S. Cahan, J., entered April 2, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Lau and Leach, JJ.

[No. 72356-1-I.  Division One.  February 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TEREZ LEJUAN BARDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-14142-2, Andrea A. Darvas, J., entered August 15, 2014. *Remanded with instructions* by unpublished opinion per Leach, J., concurred in by Cox and Appelwick, JJ.